**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

EVANGELINA FULKS,                                                                                PLAINTIFF
Administratrix of the Estate of Julia Fulks

v.                                              No. 3:10CV00310 JLH

UNION PACIFIC RAILROAD COMPANY;
and CSX TRANSPORTATION, INC.                                                         DEFENDANTS

**ORDER**

Plaintiff filed her complaint against "CSX Corporation." The defendant has filed an answer in the name of "CSX Transportation, Inc." Document #12. The Clerk is directed to correct the style of the case to show that CSX Transportation, Inc., is the correct party defendant, replacing CSX Corporation.

IT IS SO ORDERED this 28th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE