# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EVANGELINA FULKS, Administratrix                            PLAINTIFF
of the Estate of Julia Fulks

v.                  No. 3:10CV00310 JLH

UNION PACIFIC RAILROAD COMPANY;
and CSX TRANSPORTATION, INC.                                       DEFENDANTS

## ORDER

By agreement of the parties, separate defendant CSX Transportation, Inc., originally sued as CSX Corporation, is hereby dismissed without prejudice from this action.

IT IS SO ORDERED this 31st day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE