IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EVANGELINA FULKS, Administratrix                                                  PLAINTIFF
of the Estate of Julia Fulks

v.                                       No. 3:10CV00310 JLH

UNION PACIFIC RAILROAD COMPANY                                                   DEFENDANT

## ORDER OF DISMISSAL

Except as to the claims set out in the Court's order granting partial summary judgment on November 9, 2011, this action is dismissed without prejudice. The claims addressed in the order of partial summary judgment are dismissed with prejudice, and a final judgment as to those claims is entered separately pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 15th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE